# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Cheryl Ann Thyne,

               Plaintiff,         :       Case No. 3:09-cv-377

     - vs -                 :       District Judge Thomas M. Rose
                                          Magistrate Judge Michael R. Merz

GMAC Mortgage Corp. et. al.,      :

             Defendants.      :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's request for an ex parte temporary restraining order and preliminary injunction is DENIED.

December 21, 2009.            *s/**THOMAS M. ROSE**

                                  Thomas M. Rose
                            United States District Judge