# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHERYL ANN THYNE,

    Plaintiff,               :        Case No. 3:09-cv-377

                                      District Judge Thomas M. Rose
    -vs-                           Magistrate Judge Michael R. Merz

                               :

GMAC MORTGAGE CORP., et al.,

    Defendants.

## NOTICE TO PLAINTIFF

The Court has received and reviewed Plaintiff's correspondence of March 3, 2010 (Doc. No. 21). Because Plaintiff is proceeding *pro se,* the Court finds it advisable to point out several portions of the rules governing practice in this Court which are pertinent.

First of all, under S. D. Ohio Civ. R. 7.2(c), correspondence with the Court is "generally inappropriate" unless requested by the Court or advising the Court of settlement. All other communication with the Court should be by formal motion filed with the Clerk.

Secondly, any document filed with the Clerk must have an attached certificate of service showing that it has been served on the other parties in the case. Fed. R. Civ. P. 5(d)(1).

Both of these rules are intended to avoid exposing the judges to *ex parte* communication, which they are ethically forbidden to consider except in very limited circumstances.

In her correspondence, Plaintiff indicates her desire to seek "full disclosure via discovery." One of the most important purpose of the Rule 26 conference which the parties are required to hold

1

is to plan for discovery. The parameters of the discovery plan will then be discussed at the preliminary pretrial conference, which is set in this case for March 30, 2010, at 9:30 A.M.

March 4, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge